IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **J.F**, a minor by and through his parents and next friends, JAMES AND KERRI FLETCHER;<br><br>Plaintiffs,<br><br>v.<br><br>**MULTNOMAH COUNTY SCHOOL DISTRICT No. 1J**, dba **PORTLAND PUBLIC SCHOOLS**, an Oregon public school; **MAUDE LAMONT**, an individual acting in her personal and representative capacity; **JOHN ROBINSON**, an individual acting in his personal and representative capacity; and **BRIAN CHATARD**, an individual acting in his personal and representative capacity;<br><br>Defendants. | Case No. 3:14-cv-00581-PK<br><br>**TEMPORARY RESTRAINING ORDER** |

THIS MATTER came before the Court on April 16, 2014, on Plaintiffs' Motion for Temporary Restraining Order. Subsequent to receiving testimony, evidence, and argument from counsel, the court being fully advised hereby GRANTS Plaintiffs' Motion for Temporary Restraining Order against Defendants for the period of 14 days pursuant to FRCP 65(d) as follows:

The Court ORDERS the following relief:

1. Until further ordered, the 28-day extracurricular suspension of J.F. is lifted, and J.F. may compete in athletic games for the duration of the temporary restraining order.

Page 1 – **TEMPORARY RESTRAINING ORDER**

2. J.F. must begin attending Insight classes or its equivalent as approved by Dean of Students Robinson, or Vice Principal Lamont not later than April 23, 2014 and successfully attend and complete the four classes. If J.F. does not complete or attend the classes, then counsel for either Plaintiffs or Defendants must notify the court and the Temporary Restraining Order will be lifted.

3. J.F. may not attend prom.

4. The court waives the security, or bond, requirement.

Plaintiffs may seek to extend the duration of this Temporary Restraining Order for good cause.

DATED this 16th day of April, 2014, at 4:00 p.m.

_____
Judge Michael H. Simon

Page 2 – **TEMPORARY RESTRAINING ORDER**